# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kapala, Frederick J. | District Court, N D Illinois | 05/08/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 211 South Court Street<br>Rockford, IL 61101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust # 2 |
| 3. Director | ██████ an Illinois not-for-profit corporation |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2008 | State of Illinois Retirement System, pension benefits payable at retirement at or after age 55 |
| 2. | |
| 3. | |

2009 MAY 18 P 12: 51
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Kapala_Frederick_J

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Illinois - District Court Judge compensation | $18,334.44 |
| 2. 2008 | State of Illinois - Circuit Court Judge retirement payments | $127,857.96 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2008 | Catholic Diocese of Rockford, substitute teaching |
| 2. 11/05/2208 | VFW, raffle prize |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Chase Bank account # 1 | A | Interest | K | T | | | | | |
| 2. | Blackhawk Bank account # 1 | B | Interest | K | T | | | | | |
| 3. | Blackhawk Bank account # 2 | A | Interest | J | T | | | | | |
| 4. | Blackhawk Bank account # 3 | C | Interest | M | T | | | | | |
| 5. | Amcore Bank Account # 1 | A | Interest | J | T | | | | | |
| 6. | RJ Bank deposit program | A | Interest | J | T | | | | | |
| 7. | First Trust Small-Cap 2007-3 Term 9/30/08 | A | Dividend | | | Redeemed | 10/03 | J | | |
| 8. | First Trust Equity Income Select # 7 | A | Dividend | | | Redeemed | 04/17 | J | | |
| 9. | First Trust Investment Grade Closed End #3 Term 8/14/09 | A | Dividend | | | Sold | 04/07 | K | | |
| 10. | First Trust Portfolios L. P. Large-Cap Growth Port Series 8 | A | Dividend | | | Redeemed | 03/13 | K | A | |
| 11. | First Trust Portfolios L. P. Large-Cap Value Port. Series 8 | A | Dividend | | | Redeemed | 03/13 | K | | |
| 12. | Van Kampen Small Cap Strategy 2007-4 Term 11/28/08 | A | Dividend | | | Sold | 08/20 | J | | |
| 13. | Van Kampen Large Cap Growth Strategy 2007-3 Term 10-9-08 | A | Dividend | | | Redeemed | 10/15 | J | | |
| 14. | Van Kampen Global 45 Divd Strat 2007-4 Term 12/31/08 | A | Dividend | | | Sold | 08/20 | J | | |
| 15. | Van Kampen Great Intl Firms, series 28 - Cash Wrap 5.5 | A | Dividend | J | T | | | | | |
| 16. | Principal Investors Preferred Security Fd CL AM/F | A | Dividend | | | Sold | 08/20 | J | | |
| 17. | Ishares Tr S&P500 Grw | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Tr S&P500 Value | A | Dividend | J | T | | | | | |
| 19. Ishares Tr Msci EAFE IDX | A | Dividend | J | T | Buy | 09/09 | J | | |
| 20. Ishares Tr Lehman AGG Bnd | A | Dividend | | | Sold | 09/04 | K | A | |
| 21. Ishares Tr US TIPS Bd Fd | A | Dividend | | | Sold | 09/04 | K | A | |
| 22. IsharesTr Rusl 2000 Grow | A | Dividend | J | T | Buy | 05/07 | J | | |
| 23. Ishares Tr Rusl 2000 Valu | A | Dividend | J | T | Buy | 09/09 | J | | |
| 24. Ishares Tr Rusl Midcap | A | Dividend | J | T | | | | | |
| 25. Powershares ETF Trust Dynamic Large Cap Growth | A | Dividend | J | T | Buy | 01/02 | K | | |
| 26. | | | | | Sold | 09/04 | J | | |
| 27. First Trust Large-Cap Growth #13 (30273 F772) | A | Dividend | K | T | Buy | 03/14 | K | | |
| 28. First Trust Large-Cap Growth #13 (30273 F822) | A | Dividend | J | T | Buy | 03/14 | K | | |
| 29. Goldman Sachs Satellite Strategies Port Fund | A | Dividend | J | T . | Buy | 04/10 | K | | |
| 30. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 04/10 | K | | |
| 31. First Trust Equity Income Select #13 (3027 4X129) | A | Dividend | J | T | Buy | 04180 | J | | |
| 32. First Trust ETF DB Strategic Value Index | A | Dividend | J | T | Buy | 08/25 | J | | |
| 33. Hartford High Yield Municipal Bond Fund | A | Interest | K | T | Buy | 08/25 | J | | |
| 34. | | | | | Buy | 09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Wells Fargo Adv. Muni Bond | A | Interest | K | T | Buy | 09/09 | K | | |
| 36.  Principal High Yield Fund | A | Dividend | J | T | Buy | 09/09 | J | | |
| 37.  Van Kampen Large Cap Growth 2008-4 Term | A | Dividend | J | T | Buy | 10/15 | J | | |
| 38.  First Trust Target Small-Cap 4Q'08 Term | A | Dividend | J | T | Buy | 10/06 | J | | |
| 39.  First Trust International Port #15 | A | Dividend | J | T | Buy | 08/26 | J | | |
| 40.  Trust # 1, trustee and income beneficiary | | None | J | T | | | | | |
| 41.  - Drugstore.com stock | | | | | | | | | |
| 42.  Trust # 2, trustee and income beneficiary | | None | J | T | | | | | |
| 43.  - Drugstore.com stock | | | | | | | | | |
| 44.  IRA # 1 | A | Dividend | J | T | | | | | |
| 45.  - Kinross Gold corp. stock | | | | | Sold | 07/08 | J | | |
| 46.  - Freds, Inc. | | | | | Buy | 07/08 | J | | |
| 47.  - Time Warner, Inc. stock | | | | | | | | | |
| 48.  IRA # 2 | A | Interest | K | T | | | | | |
| 49.  - Drugstore.com stock | | | | | | | | | |
| 50.  - Morgan Stanley Money market | | | | | | | | | |
| 51.  - CitiGroup | | | | | Buy | 06/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | - General Motors | | | | | Buy | 06/30 | J | | |
| 53. | Mary Anderson, note receivable | | None | | | Redeemed | 01/16 | J | A | |
| 54. | Real Estate # 1, Winnebago County, Illinois (2005, $100,000) | | None | L | R | | | | | |
| 55. | Real Estate # 2, Winnebago County, Illinois (2003, $25,000) | | None | K | R | | | | | |
| 56. | Real Estate # 3, Winnebago County, Illinois ($60,349) | | None | L | S | | | | | |
| 57. | Real Estate # 4, Ashland County, Wisconsin ($19,800) | | None | K | S | | | | | |
| 58. | Trust # 9, income beneficiary | | None | J | T | | | | | |
| 59. | - Wachovia Securities Bank Sweep Option | | | | | Redeemed | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/08/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 54 was purchased on July 12, 2005 for $100,000.

Part VII, Line 55 was purchased on September 15, 2003 for $25,000.

Part VII, Line 56, the assessed value is $60,349.

Part VII, Line 57, the assessed value is $19,800.

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/08/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544